McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Petitioner, UNITED STATES OF AMERICA

GREGORY HENRICK MITTS #71981
Attorney at Law
1309 L Street
Bakersfield, CA 93301
Telephone: (661) 323-0789

Attorney for Respondent, LORNE McCAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Petitioner,<br><br>  v.<br><br>LORNE McCAN,<br><br>  Respondent. | 1:05-cv-285-REC-DLB<br><br>**STIPULATION AND ORDER TO RELEASE LORNE McCAN** |

The parties, through their undersigned counsel of record, hereby stipulate, subject to the order of the Court as provided for hereon, as follows:

1. The United States Marshal shall process and release LORNE McCAN forthwith.

2. LORNE McCAN is ORDERED to appear at the offices of the Internal Revenue Service, 5300 California Avenue, Suite 100, Bakersfield, CA 93309, on October 19, 2005, at 10:00 a.m., then and there to produce any further testimony, books, records, papers and other data responsive to the order filed May 24, 2005.

| | |
|---|---|
| Dated: September 22, 2005 | McGREGOR W. SCOTT<br>United States Attorney |
| | By: /s/ Y H T Himel<br>YOSHINORI H. T. HIMEL<br>Assistant U. S. Attorney |
| Dated: September 22, 2005 | /s/ Gregory Hencrick Mitts<br>GREGORY HENRICK MITTS<br>Attorney at Law<br>Attorney for Respondent,<br>LORNE McCAN |

## ORDER

It is SO ORDERED.

DATED:  September 22 , 2005        /s/ ROBERT E. COYLE
                                                          UNITED STATES DISTRICT JUDGE